No. 88–7224. GRAY v. EDWARDS, SUPERINTENDENT, HALI-
FAX CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari
denied.

No. 88–7226. ARMENIA v. DUGGER, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari de-
nied.

No. 88–7227. KINSLOW v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 88–7228. HOLGUIN v. UNITED STATES. C. A. 7th Cir.
Certiorari denied.

No. 88–7229. SMITH v. LOCKHART, DIRECTOR, ARKANSAS DE-
PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 88–7231. HILL v. MARTIN, WARDEN, ET AL. C. A. 10th
Cir. Certiorari denied.

No. 88–7234. LASTER v. STAR RENTAL, INC. Ct. App. Ga.
Certiorari denied.

No. 88–7236. MARTINEZ v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 88–7239. CLARK v. YLST, SUPERINTENDENT, CALIFORNIA
MEDICAL FACILITY. C. A. 9th Cir. Certiorari denied.

No. 88–7241. CARR v. DELAWARE. Sup. Ct. Del. Certiorari
denied.

No. 88–7244. FAFOWORA v. UNITED STATES. C. A. D. C.
Cir. Certiorari denied.

No. 88–7245. JOHNSON v. CALIFORNIA. Sup. Ct. Cal. Cer-
tiorari denied.

No. 88–7250. HOWARD v. CASSIDY ET AL. C. A. 11th Cir.
Certiorari denied.

No. 88–7251. JONES v. SUPREME COURT OF ALABAMA. Sup.
Ct. Ala. Certiorari denied.